IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>A1 JANITORIAL CLEANING SERVICE,<br><br>　　　　　　Defendant. | Adv. Proc. No. 25-50823 (TMH) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

The undersigned hereby certifies as follows:

1. On August 16, 2023, George L. Miller, was appointed as the chapter 7 trustee (the "Trustee") of the Debtors' bankruptcy estates. On May 5, 2025, the Trustee filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* (the "Complaint") with the U.S. Bankruptcy Court for the District of Delaware (the "Court") against defendant A1 Janitorial Cleaning Service (the "Defendant" together with Plaintiff, the "Parties").

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

2. On or about May 12, 2025, the Plaintiff served the Defendant with a copy of the Complaint and Summons [Adv. Docket No. 3].

3. Pursuant to Fed. R. Bankr. P. 7012, the Defendant's response to the First Amended Complaint is due on or before June 13, 2025, which was then extended to July 18, 2025.

4. The Parties have agreed and entered into a stipulation, subject to this Court's approval, to further extend the Defendant's time to answer the Plaintiff's Complaint. Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation. The stipulation is attached as Exhibit 1 to the proposed form of order.

5. Accordingly, the Parties request that this Court enter the proposed form of order.

Dated: July 18, 2025

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.*